COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Glenn Herbert Johnson v. Harris County, Harris County Education
Department, Harris County Flood Control District, Harris County
Hospital District, Port of Houston Authority of Harris County,
Houston Independent School District, Houston Community College,
Harris County Education District

Appellate case number:   01-14-00383-CV

Trial court case number: 2013-08713

Trial court:             190th District Court of Harris County

On June 4, 2014, Glen Herbert Johnson filed a motion to extend time to file affidavit of indigence. The motion is **GRANTED**. The affidavit, if any, is due on July 2, 2014.

It is so ORDERED.

Judge's signature: ___/s/ Rebeca Huddle
                   X  Acting individually     ☐ Acting for the Court

Date: June 12, 2014